UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-61472-Civ-Zloch/Rosenbaum

VALERIE E. HITCHMAN,

    Plaintiff,

v.

ACADEMY COLLECTION SERVICE, INC.,

    Defendant.
_____/

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Valerie E. Pitt, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Law Office of James J. Gallagher |
| Fort Lauderdale, Florida 33339 | Suite 1000 |
| Telephone: 954-537-2000 | 200 East Broward Boulevard |
| Facsimile: 954-566-2235 | Ft. Lauderdale, FL 33301 |
| | Telephone: 954-308-8790 |
| | Facsimile: 954-763-3316 |

By: /s/ Donald A. Yarbrough     By: /s/ Valerie E. Pitt
Donald A. Yarbrough, Esq.     Valerie E. Pitt, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-61472-Civ-Zloch/Rosenbaum

VALERIE E. HITCHMAN,

    Plaintiff,

v.

ACADEMY COLLECTION SERVICE, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 12, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Donald A. Yarbrough
                                              Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Valerie E. Pitt, Esq.
Law Office of James J. Gallagher
Suite 1000
200 East Broward Boulevard
Ft. Lauderdale, FL 33301
Telephone: 954-308-8790
Facsimile: 954-763-3316

Via Notices of Electronic Filing generated by CM/ECF